# Lee County District Clerk

## Lisa Teinert

Dora Muniz, Chief Deputy
Lisa Exner, Deputy
Priscilla Tovar, Deputy
Jennifer Thomas, Deputy

May 12, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
3rdClerksAndReporters@txcourts.gov

RE:    Appellate No. 03-15-00214-CV
Trial Court No. 15,280
In the 21st Judicial District Court of Lee County, Texas
Kirk and Vicki Koether
vs.
Domingo and Ludivina Reyes, et al (Mary Merrell)

Dear Mr. Kyle:

This letter is to inform the court that no designation letter has been received and no payment arrangements have been made for preparation of the clerk's record in the above-styled cause.

Please advise if further information is needed.

Thank you!

Sincerely,

Lisa Teinert

cc:    Mr. Dominic Audino, Attorney at Law
Mr. David M. Gottfried, Attorney at Law
Mr. J. Chad Gauntt, Attorney at Law
Domingo and Ludivina Reyes, Pro Se
Natalie Brodersen, Pro Se